UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NATHANIEL M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-00237-LEW |
| ) | |
| MARTIN O'MALLEY, Commissioner ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the power of this Court to award fees to a prevailing party incurred in a civil action against the United States, 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's Order and Judgment remanding this case to the Defendant Commissioner for further administrative proceedings,

IT IS HEREBY ORDERED that the United States Social Security Administration shall pay attorney's fees in the amount of **$8,455.40** in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412. This will satisfy all of Plaintiff's claims for fees, costs, and expenses in this case.

Pursuant to the United States Supreme Court's ruling in *Astrue v. Ratliff*, 560 U.S. 586 (2010), these attorney's fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government. If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees to

offset, the Commissioner may honor Plaintiff's assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff. If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner may pay any Attorney's fees remaining after such offset to Plaintiff rather than to counsel.

**SO ORDERED**.

Dated this 14th day of February, 2024.

    /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE